```
                             United States Bankruptcy Court
                             Middle District of Pennsylvania
In re:                                                                  Case No. 20-00232-RNO
Francis Robert Munley                                                   Chapter 13
Susan Joe Munley
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2           Date Rcvd: Apr 29, 2020
                              Form ID: ntcnfhrg            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2020.
db/jdb         +Francis Robert Munley,    Susan Joe Munley,    325 Dolph Street,    Jessup, PA 18434-1007
5293638        +Kay Jewelers,    15220 NW Greenbriar Ste. 200,    Beaverton, OR 97006-5762
5293639        +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5311419        +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5293642        +Patriot's Acceptance,    P.O. Box 5717,    Englewood, NJ 07631-5717
5298389        +Patriot's Home & Auto Outfitters,    PO Box 836,    Hardy, VA 24101-0836
5293645        +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
5293647         TD Auto Finance LLC,    P.O. Box 9223,    Farmington Hills, MI 48333-9223
5293648        +TD Bank, N.A.,    1803 Marsh Rd.,   Wilmington, DE 19810-4505
5293650        +Wells Fargo,    P.O. Box 10347,   Des Moines, IA 50306-0347
5316042         Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 19:48:30
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5293626        +E-mail/Text: backoffice@affirm.com Apr 29 2020 19:46:25       Affirm, Inc.,
                 650 California St., Fl 12,    San Francisco, CA 94108-2716
5319045         E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 19:45:15       Ally Bank,   PO Box 130424,
                 Roseville MN 55113-0004
5293627        +E-mail/Text: ally@ebn.phinsolutions.com Apr 29 2020 19:45:15       Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
5305672         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 19:47:22       CACH, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5316366         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 19:47:57
                 CVI SGP Acquisition Trust,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC   29603-0587
5293628        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 29 2020 19:47:47       Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
5317351        +E-mail/Text: bankruptcy@cavps.com Apr 29 2020 19:46:09       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5293629        +E-mail/PDF: creditonebknotifications@resurgent.com Apr 29 2020 19:47:12       CreditOne,
                 P.O. Box 98873,    Las Vegas, NV 89193-8873
5293630        +E-mail/Text: Bankruptcy.Consumer@dish.com Apr 29 2020 19:45:55       Dish Network,
                 P.O. Box 9033,   Littleton, CO 80160-9033
5293631        +E-mail/Text: bankruptcynotices@dcicollect.com Apr 29 2020 19:46:15       Diversified Consultants,
                 10550 Deerwood Park Blvd.,    309,   Jacksonville, FL 32256-2805
5293632         E-mail/Text: bnc-bluestem@quantum3group.com Apr 29 2020 19:46:17       Fingerhut,   P.O. Box 1250,
                 St. Cloud, MN 56395-1250
5293634         E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 29 2020 19:45:27       Internal Revenue Service,
                 Special Procedures Branch,    PO Box 7346,   Philadelphia, PA  19101-7346
5314506         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 19:46:05       Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
5293636         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 19:46:05       Jefferson Capital Systems, LLC,
                 16 McLeland Road,    Saint Cloud, MN 56303-2198
5293635         E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 29 2020 19:46:05       Jefferson Capital Systems, LLC,
                 P.O. Box 7999,    St. Cloud, MN 56302
5293637        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 29 2020 19:45:36       Kay Jewelers,
                 Attn: Bankruptcy Dept.,    P.O. Box 1799,   Akron, OH 44309-1799
5293640        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 19:47:58       LVNV Funding LLC,
                 P.O. Box 10497,    Greenville, SC 29603-0497
5305671         E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 19:48:01       LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5314496        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 19:45:57       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5293641        +E-mail/Text: bankruptcydpt@mcmcg.com Apr 29 2020 19:45:57       Midland Funding, LLC,
                 2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5293643         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 19:48:00
                 Portfolio Recovery Associates, LLC,    P.O. Box 41067,    Norfolk, VA 23541
5302961         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 29 2020 19:47:52
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5316895        +E-mail/Text: kminnix@rimfinancing.com Apr 29 2020 19:46:23       Patriots Acceptance,
                 13860 Booker T Washington Hwy Suite,    100,   Moneta, VA 24121-6264
5308135        +E-mail/Text: csc.bankruptcy@amwater.com Apr 29 2020 19:46:22       Pennsylvania American Water,
                 PO Box 578,    Alton, IL 62002-0578
5293644        +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 29 2020 19:47:57
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5294097        +E-mail/PDF: gecsedi@recoverycorp.com Apr 29 2020 19:47:42       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5304013         E-mail/Text: bkrcy@ugi.com Apr 29 2020 19:46:19      UGI Utilities, Inc.,    P.O. Box 13009,
                 Reading, PA 19612
5315097         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 29 2020 19:47:21       Verizon,
                 by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
```

```
District/off: 0314-5           User: AutoDocke           Page 2 of 2                    Date Rcvd: Apr 29, 2020
                               Form ID: ntcnfhrg         Total Noticed: 42
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5293649          +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 29 2020 19:45:10
                   Verizon Bankruptcy Dept.,   500 Technology Drive,   Suite 550,   Weldon Spring, MO 63304-2225
5318978           E-mail/Text: jennifer.chacon@spservicing.com Apr 29 2020 19:46:25
                   Wilmington Savings Fund Society, FSB, et al,   c/o Select Portfolio Servicing, Inc.,
                   P.O. Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 31

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5293633*         +Francis Robert Munley,   325 Dolph Street,   Jessup, PA 18434-1007
5293646*         +Susan Joe Munley,   325 Dolph Street,   Jessup, PA 18434-1007
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2020                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2020 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
           individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor 1 Francis Robert Munley tullio.deluca@verizon.net
          Tullio  DeLuca    on behalf of Debtor 2 Susan Joe Munley tullio.deluca@verizon.net
          United States Trustee     ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Francis Robert Munley,<br>aka Francis R. Munley, aka Francis Munley, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20–bk–00232–RNO |
| Susan Joe Munley,<br>aka Susan Munley, aka Susan J. Munley, aka Susan Joe Knapp, aka Susan J. Knapp, aka Susan Knapp, | | |
| **Debtor 2** | | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **May 27, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: June 3, 2020<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: April 29, 2020 |

ntcnfhrg (03/18)