In re:                                                                    Case No. 20-00232-RNO
Francis Robert Munley                                                      Chapter 13
Susan Joe Munley
            Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2              Date Rcvd: Aug 19, 2020
                             Form ID: orcnfpln         Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 21, 2020.
```
db/jdb      +Francis Robert Munley,    Susan Joe Munley,   325 Dolph Street,    Jessup, PA 18434-1007
5293638     +Kay Jewelers,   15220 NW Greenbriar Ste. 200,   Beaverton, OR 97006-5762
5293639     +Law offices of Tullio DeLuca,    381 N. 9th Avenue,    Scranton, PA 18504-2005
5311419     +Midland Credit Management, Inc.,    PO Box 2037,    Warren, MI 48090-2037
5293642     +Patriot's Acceptance,    P.O. Box 5717,    Englewood, NJ 07631-5717
5298389     +Patriot's Home & Auto Outfitters,    PO Box 836,    Hardy, VA 24101-0836
5293645     +Select Portfolio Servicing,    3815 South West Temple,    Salt Lake City, UT 84115-4412
5293647      TD Auto Finance LLC,    PO Box 9223,    Farmington Hills, MI 48333-9223
5293648     +TD Bank, N.A.,    1803 Marsh Rd.,    Wilmington, DE 19810-4505
5293650     +Wells Fargo,    P.O. Box 10347,    Des Moines, IA 50306-0347
5316042      Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA  50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 19:53:07
             PRA Receivables Management, LLC,   PO Box 41021,    Norfolk, VA 23541-1021
5293626     +E-mail/Text: backoffice@affirm.com Aug 19 2020 19:50:21    Affirm, Inc.,
             650 California St., Fl 12,   San Francisco, CA 94108-2716
5319045      E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 19:49:38    Ally Bank,   PO Box 130424,
             Roseville MN 55113-0004
5293627     +E-mail/Text: ally@ebn.phinsolutions.com Aug 19 2020 19:49:38    Ally Financial,
             P.O. Box 130424,    Roseville, MN 55113-0004
5305672      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:53:05    CACH, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5316366      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:52:40
             CVI SGP Acquisition Trust,   c/o Resurgent Capital Services,   PO Box 10587,
             Greenville, SC  29603-0587
5293628     +E-mail/PDF: AIS.cccard.ebn@americaninfosource.com Aug 19 2020 19:53:26    Capital One,
             PO Box 30285,    Salt Lake City, UT 84130-0285
5317351     +E-mail/Text: bankruptcy@cavps.com Aug 19 2020 19:50:08    Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5293629     +E-mail/PDF: creditonebknotifications@resurgent.com Aug 19 2020 19:52:39    CreditOne,
             P.O. Box 98873,    Las Vegas, NV 89193-8873
5293630     +E-mail/Text: Bankruptcy.Consumer@dish.com Aug 19 2020 19:50:02    Dish Network,
             P.O. Box 9033,    Littleton, CO 80160-9033
5293631     +E-mail/Text: bankruptcynotices@dcicollect.com Aug 19 2020 19:50:13    Diversified Consultants,
             10550 Deerwood Park Blvd.,    309,   Jacksonville, FL 32256-2805
5293632      E-mail/Text: bnc-bluestem@quantum3group.com Aug 19 2020 19:50:13    Fingerhut,   P.O. Box 1250,
             St. Cloud, MN 56395-1250
5293634      E-mail/Text: sbse.cio.bnc.mail@irs.gov Aug 19 2020 19:49:46    Internal Revenue Service,
             Special Procedures Branch,   PO Box 7346,   Philadelphia, PA  19101-7346
5314506      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 19:50:06    Jefferson Capital Systems LLC,
             Po Box 7999,    Saint Cloud Mn 56302-9617
5293636      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 19:50:06    Jefferson Capital Systems, LLC,
             16 McLeland Road,    Saint Cloud, MN 56303-2198
5293635      E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 19 2020 19:50:06    Jefferson Capital Systems, LLC,
             P.O. Box 7999,    St. Cloud, MN 56302
5293637     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 19 2020 19:49:51    Kay Jewelers,
             Attn: Bankruptcy Dept.,   P.O. Box 1799,   Akron, OH 44309-1799
5293640     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:52:42    LVNV Funding LLC,
             P.O. Box 10497,    Greenville, SC 29603-0497
5305671      E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:52:41    LVNV Funding, LLC,
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5314496     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2020 19:50:03    Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
5293641     +E-mail/Text: bankruptcydpt@mcmcg.com Aug 19 2020 19:50:03    Midland Funding, LLC,
             2365 Northside Drive, Ste. 300,    San Diego, CA 92108-2709
5293643      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 19:52:38
             Portfolio Recovery Associates, LLC,   PO Box 41067,   Norfolk, VA 23541
5302961      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 19 2020 19:53:04
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
5316895     +E-mail/Text: kminnix@rimfinancing.com Aug 19 2020 19:50:19    Patriots Acceptance,
             13860 Booker T Washington Hwy Suite,   100,   Moneta, VA 24121-6264
5308135     +E-mail/Text: csc.bankruptcy@amwater.com Aug 19 2020 19:50:19    Pennsylvania American Water,
             PO Box 578,    Alton, IL 62002-0578
5293644     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 19 2020 19:53:06
             Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
5294097     +E-mail/PDF: gecsedi@recoverycorp.com Aug 19 2020 19:52:55    Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5304013      E-mail/Text: bkrcy@ugi.com Aug 19 2020 19:50:17    UGI Utilities, Inc.,   P.O. Box 13009,
             Reading, PA 19612
5315097      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 19 2020 19:53:32    Verizon,
             by American InfoSource as agent,   PO Box 4457,   Houston, TX  77210-4457
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5293649      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 19 2020 19:49:35
              Verizon Bankruptcy Dept.,      500 Technology Drive,      Suite 550,      Weldon Spring, MO 63304-2225
5318978       E-mail/Text: jennifer.chacon@spservicing.com Aug 19 2020 19:50:21
              Wilmington Savings Fund Society, FSB, et al,      c/o Select Portfolio Servicing, Inc.,
              P.O. Box 65250,      Salt Lake City, UT 84165-0250
                                                                                    TOTAL: 31

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5293633*     +Francis Robert Munley,      325 Dolph Street,      Jessup, PA 18434-1007
5293646*     +Susan Joe Munley,      325 Dolph Street,      Jessup, PA 18434-1007
                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, not in its
               individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bkgroup@kmllawgroup.com
              Tullio DeLuca    on behalf of Debtor 1 Francis Robert Munley tullio.deluca@verizon.net
              Tullio DeLuca    on behalf of Debtor 2 Susan Joe Munley tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                        TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Francis Robert Munley,<br>aka Francis R. Munley, aka Francis Munley, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:20–bk–00232–RNO |
| Susan Joe Munley,<br>aka Susan Munley, aka Susan J. Munley, aka Susan Joe<br>Knapp, aka Susan J. Knapp, aka Susan Knapp, | | |
| **Debtor 2** | | |

### Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on June 9, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated:  August 19, 2020

By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

orcnfpln(05/18)