IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Susan Joe Munley aka Susan J. Munley aka Susan Munley aka Susan Joe Knapp aka Susan Knapp aka Susan J. Knapp<br>       Francis Robert Munley aka Francis R. Munley aka Francis Munley<br>                        Debtor(s) | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT<br>                        Moving Party<br>   vs. | NO. 20-00232 RNO<br><br>Nature of Proceeding: Motion for Relief |
| Susan Joe Munley aka Susan J. Munley aka Susan Munley aka Susan Joe Knapp aka Susan Knapp aka Susan J. Knapp<br>Francis Robert Munley aka Francis R. Munley aka Francis Munley<br>                        Debtor(s) | |
| Charles J. DeHart, III<br>                        Trustee | |

**REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE**

       This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

       The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

       Reason for the continuance:   Resolution of Motion for Relief  .

       Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: December 7, 2020

                                            **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            Attorney for Moving Party
                                            BNY Independence Center
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322