United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                              Case No. 20-00232-PMM

Francis Robert Munley                                              Chapter 13

Susan Joe Munley

    Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Francis Robert Munley, Susan Joe Munley, 325 Dolph Street, Jessup, PA 18434-1007 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2021                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Francis Robert Munley tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Susan Joe Munley tullio.deluca@verizon.net |

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Francis Robert Munley
aka Francis R. Munley, aka Francis Munley

**Debtor 1**

Susan Joe Munley
aka Susan Munley, aka Susan J. Munley, aka Susan Joe Knapp,
aka Susan J. Knapp, aka Susan Knapp

**Debtor 2**

Chapter: 13

Case number: 5:20−bk−00232−PMM

# ORDER

Order Reassigning Case effective March 19, 2021 to Judge Patricia M. Mayer due to the retirement of Judge Robert
N. Opel, II. /s/ Chief Judge Henry W. Van Eck . (Stefano, Carol)

Order Text Entries (Form ortext) (2/19)