United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 20-00232-PMM
Francis Robert Munley  Chapter 13
Susan Joe Munley
   Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5　　　　　User: AutoDocke　　　　　Page 1 of 3
Date Rcvd: Jun 25, 2021　　　Form ID: ordsmiss　　　　Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol　　Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Francis Robert Munley, Susan Joe Munley, 325 Dolph Street, Jessup, PA 18434-1007 |
| 5293638 | + | Kay Jewelers, 15220 NW Greenbriar Ste. 200, Beaverton, OR 97006-5762 |
| 5293639 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5293642 | + | Patriot's Acceptance, P.O. Box 5717, Englewood, NJ 07631-5717 |
| 5298389 | + | Patriot's Home & Auto Outfitters, PO Box 836, Hardy, VA 24101-0836 |
| 5293645 | + | Select Portfolio Servicing, 3815 South West Temple, Salt Lake City, UT 84115-4412 |
| 5293648 | #+ | TD Bank, N.A., 1803 Marsh Rd., Wilmington, DE 19810-4505 |
| 5318978 | | Wilmington Savings Fund Society, FSB, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Jun 25 2021 22:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293626 | + | Email/Text: backoffice@affirm.com | Jun 25 2021 18:54:00 | Affirm, Inc., 650 California St., Fl 12, San Francisco, CA 94108-2716 |
| 5319045 | | EDI: GMACFS.COM | Jun 25 2021 22:58:00 | Ally Bank, PO Box 130424, Roseville MN 55113-0004 |
| 5293627 | + | EDI: GMACFS.COM | Jun 25 2021 22:58:00 | Ally Financial, P.O. Box 130424, Roseville, MN 55113-0004 |
| 5305672 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:10 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5316366 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:10 | CVI SGP Acquisition Trust, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5293628 | + | EDI: CAPITALONE.COM | Jun 25 2021 22:58:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5317351 | + | Email/Text: bankruptcy@cavps.com | Jun 25 2021 18:54:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5293629 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 25 2021 19:02:08 | CreditOne, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5293630 | + | EDI: ESSL.COM | Jun 25 2021 22:58:00 | Dish Network, P.O. Box 9033, Littleton, CO 80160-9033 |
| 5293631 | + | EDI: DCI.COM | Jun 25 2021 22:58:00 | Diversified Consultants, 10550 Deerwood Park Blvd., 309, Jacksonville, FL 32256-2805 |
| 5293632 | | EDI: BLUESTEM | Jun 25 2021 22:58:00 | Fingerhut, P.O. Box 1250, St. Cloud, MN |

| Recipient ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 56395-1250 |
| 5293634 | | EDI: IRS.COM | Jun 25 2021 22:58:00 | Internal Revenue Service, Special Procedures Branch, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5314506 | | EDI: JEFFERSONCAP.COM | Jun 25 2021 22:58:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 5293636 | | EDI: JEFFERSONCAP.COM | Jun 25 2021 22:58:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5293635 | | EDI: JEFFERSONCAP.COM | Jun 25 2021 22:58:00 | Jefferson Capital Systems, LLC, P.O. Box 7999, St. Cloud, MN 56302 |
| 5293637 | + | EDI: WFNNB.COM | Jun 25 2021 22:58:00 | Kay Jewelers, Attn: Bankruptcy Dept., P.O. Box 1799, Akron, OH 44309-1799 |
| 5402950 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:17 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5293640 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:10 | LVNV Funding LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 5402949 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:10 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5305671 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5311419 | + | EDI: MID8.COM | Jun 25 2021 22:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5314496 | + | EDI: MID8.COM | Jun 25 2021 22:58:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5293641 | + | EDI: MID8.COM | Jun 25 2021 22:58:00 | Midland Funding, LLC, 2365 Northside Drive, Ste. 300, San Diego, CA 92108-2709 |
| 5293643 | | EDI: PRA.COM | Jun 25 2021 22:58:00 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 5302961 | | EDI: PRA.COM | Jun 25 2021 22:58:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5316895 | + | Email/Text: kminnix@rimfinancing.com | Jun 25 2021 18:54:54 | Patriots Acceptance, 13860 Booker T Washington Hwy Suite, 100, Moneta, VA 24121-6264 |
| 5308135 | + | Email/Text: csc.bankruptcy@amwater.com | Jun 25 2021 18:54:00 | Pennsylvania American Water, PO Box 578, Alton, IL 62002-0578 |
| 5293644 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2021 19:02:11 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5294097 | + | EDI: RMSC.COM | Jun 25 2021 22:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5293647 | | EDI: LCITDAUTO | Jun 25 2021 22:58:00 | TD Auto Finance LLC, P.O. Box 9223, Farmington Hills, MI 48333-9223 |
| 5304013 | | Email/Text: bkrcy@ugi.com | Jun 25 2021 18:54:00 | UGI Utilities, Inc., P.O. Box 13009, Reading, PA 19612 |
| 5315097 | | EDI: AIS.COM | Jun 25 2021 22:58:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5293649 | + | EDI: VERIZONCOMB.COM | Jun 25 2021 22:58:00 | Verizon Bankruptcy Dept., 500 Technology Drive, Suite 550, Weldon Spring, MO 63304-2225 |
| 5293650 | + | EDI: WFFC.COM | Jun 25 2021 22:58:00 | Wells Fargo, P.O. Box 10347, Des Moines, IA 50306-0347 |
| 5316042 | | EDI: WFFC.COM | Jun 25 2021 22:58:00 | Wells Fargo Bank, N.A., PO Box 10438, MAC |

F8235-02F, Des Moines, IA 50306-0438

TOTAL: 36

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5293633 | *+ | Francis Robert Munley, 325 Dolph Street, Jessup, PA 18434-1007 |
| 5293646 | *+ | Susan Joe Munley, 325 Dolph Street, Jessup, PA 18434-1007 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 27, 2021     Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity, but solely as Legal Title Trustee for BCAT 2019-22TT bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 1 Francis Robert Munley tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 2 Susan Joe Munley tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Francis Robert Munley,<br>aka Francis R. Munley, aka Francis Munley, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−00232−PMM |
| Susan Joe Munley,<br>aka Susan Munley, aka Susan J. Munley, aka Susan Joe Knapp, aka Susan J. Knapp, aka Susan Knapp, | |
| **Debtor 2** | |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 25, 2021

By the Court,

*Patricia M. Mayer*

Honorable Patricia M. Mayer
United States Bankruptcy Judge
By: PamelaRadginski, Deputy Clerk

ordsmiss (05/18)